UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMIE QUINN, an individual

    Plaintiff,

v.

No. 2:09-cv-161

HON. ROBERT HOLMES BELL

PIPE & PILING SUPPLIES (U.S.A.) LTD.,
a foreign profit corporation, and
RON GRIFFITH, an individual,

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

On August 18, 2010, Defendants filed a motion for continuance of the trial currently set for November 1, 2010, due to the medical condition of Defendant Ron Griffith. (Dkt. No. 63.) On October 5, 2010, the Court ordered Defendants to provide signed medical corroboration of Defendant Griffith's diagnosis and upcoming treatment. (Dkt. No. 70.) Defendants filed an appropriate response on October 8, 2010. (Dkt. No. 71). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for continuance of trial (Dkt. No. 63) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter, currently scheduled for trial on November 1, 2010, is continued until **Wednesday, March 23, 2011, at 9:00 AM.**

Dated: October 15, 2010

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE